UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL LYNN BAGLEY, | ) Case No. C05-1161-JCC-JPD |
| Petitioner, | ) |
| v. | ) |
|  | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

On July 14, 2005, petitioner filed a letter requesting that the Court issue a body warrant ordering his transfer from the federal penitentiary in Lompoc, California to the Federal Detention Center in Seatac, Washington. Dkt. No. 10. Petitioner argues that the warrant should be issued so that he can attend the hearing in connection with his § 2255 petition. *Id.* Having carefully reviewed petitioner's request and the record, the Court ORDERS as follows:

(1)   Petitioner's request for a body warrant, Dkt. No. 10, is DENIED because it is premature. The government has not yet filed its response and, as such, the Court has not yet made a determination as to whether a hearing of any kind will be necessary. Should the Court determine that a hearing is necessary, it will direct that a warrant be issued at that time.

(2)   The Clerk is directed to send a copy of this Order to petitioner and to counsel for the respondent.

PAGE -1

01

02    DATED this 21st day of July, 2005.

03
                                                  /s/ James P. Donohue
04                                          _____
                                            JAMES P. DONOHUE
05                                          United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE -2