UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL LYNN BAGLEY,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. C05-1161-JCC-JPD<br><br>ORDER RE: PETITIONER'S MOTION TO TRANSFER AND RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME |

Petitioner is proceeding *pro se* in this 28 U.S.C. § 2255 motion to vacate, set aside, or correct his 2004 federal Court sentence.[1] On August 22, 2005, petitioner filed a motion to transfer him from the Federal Penitentiary in Lompoc, California to the Federal Detention Center in Seatac, Washington ("FDC"). Dkt. No. 15. Petitioner argues that he should be transferred to the FDC because he believes he is not receiving proper medical treatment for a chronic skin ulcer and because he has certain respiratory problems. *Id*. Petitioner contends that the only treatment that has relieved his ulcers was provided to him in Seattle while he was held pending trial. *Id*.

In its response, the government argues that petitioner's motion raises medical issues directly related to those raised in his § 2255 motion. Dkt. No. 17. It further argues that

---

[1] The case was transferred to this Court from the Central District of California because petitioner was sentenced here. Dkt. No. 4.

ORDER RE: PETITIONER'S MOTION TO
TRANSFER AND RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME

PAGE -1

certain hearing transcripts are necessary to properly address those issues. *Id*. By a separate motion filed on the same day, respondent argues that the Court should grant a second extension of time, until approximately October 14, 2005, for it to respond to petitioner's § 2255 motion because there have been unforseen administrative delays in connection with transcribing the needed transcripts. Dkt. No. 16. Respondent further argues that the § 2255 motion and motion to transfer should be stayed until the transcripts are made available in mid October.

Petitioner's ulcer-related health condition has been a serious and ongoing concern for the parties throughout this case. Indeed, United States Magistrate Judge Mary Alice Theiler ordered that petitioner be transferred to a federal medical facility pending sentencing. CR04-18, Dkt. No. 27. Based on the current record, however, it is unclear how serious petitioner's current condition is and whether staying consideration of the above-referenced motions may impact petitioner's health. Having carefully reviewed the parties' papers and the available record, the Court therefore ORDERS as follows:

(1) The parties are ORDERED to inform the Court of the nature and extent of petitioner's current medical condition and whether it is likely to seriously deteriorate over the course of the thirty days. The parties are directed to submit such information **no later than Friday, September 23, 2005.**

(2) The Clerk is directed to send a copy of this order to petitioner, counsel for respondent, and to the Honorable John C. Coughenour.

DATED this 8th day of September, 2005.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER RE: PETITIONER'S MOTION TO
TRANSFER AND RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME

PAGE -2