UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARL LYNN BAGLEY,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C05-1161C

ORDER

This matter comes before the Court on Petitioner's "Motion for Objections to Order and to Appeal Order" (Dkt. No. 39), which the Court construes as a motion for a certificate of appealability under Circuit Rule 22-1(a) and 28 U.S.C. § 2253(c). Petitioner seeks a certificate of appealability with respect to the Court's adoption of United States Magistrate Judge James P. Donohue's Report and Recommendation ("R&R") denying Petitioner's habeas petition under 28 U.S.C. § 2255. Having reviewed Petitioner's motion and the full record in this case, the Court hereby finds and rules as follows.

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may not issue unless the applicant has made a "substantial showing of the denial of a constitutional right." In adopting the R&R, this Court found that Magistrate Judge Donohue correctly determined that Petitioner had failed to present any meritorious constitutional arguments with regard to his plea agreement and sentence. (Dkt. No. 34.)

ORDER – 1

1  Specifically, the Court adopted the R&R's findings that Petitioner (1) had failed to raise on direct appeal
2  his claim that his 1981 conviction could not be used as a sentence enhancement, and (2) had been
3  incarcerated on that prior conviction within fifteen years of his commencement of the instant offense.
4  (Dkt. No. 34 at 2–3.)  Petitioner presents no new grounds in support of his motion for a certificate of
5  appealability.
6          Accordingly, this Court finds that Petitioner has not met his burden under § 2253(c) and hereby
7  DENIES Petitioner's motion for a certificate of appealability.  Petitioner's request for appointment of
8  appellate counsel is DENIED AS MOOT.
9          SO ORDERED this 1st day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 2